A2B LEGAL, APLC
Bryn C. Deb, Esq., SBN 249620
bryn@a2blegal.com
1855 W. Katella Avenue, Ste. 100
Orange, California 92867
(714) 277-3787
(714) 479-0737 fax

Attorney for Plaintiff,
Thai Q. Pham

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THAI Q. PHAM, | Case No. SAVC 13-00738 JVS (JPRx) |
| Plaintiff, | |
| vs. | ORDER REMANDING ACTION |
| EDWIN S. KULUBYA, SANDRA KULUBYA AND DOES 1 to 5, inclusive | |
| Defendants. | |

On May 28, 2013, Plaintiff Thai Q. Pham's Ex Pate Application for an Order to remand to state court came before the Court. After submission of evidence, memoranda and argument, it is hereby ordered that

IT IS ORDERED that the case is remanded to Orange County Superior Court, State of California.

DATED: June 18, 2013

_____
Judge of the United States District Court

[PROPOSED] ORDER
-1-